

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

ssverdlov@seyfarth.com

T (212) 218-5547

www.seyfarth.com

March 19, 2021

**VIA ECF**

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __3/19/2021__</td></tr>
</table>

Hon. Mary Kay Vyskocil
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *Swartz v. 23 Lexington Tenant LLC,*
**Civil Action No.: 1:20-cv-10418-MKV (S.D.N.Y.)**

Dear Judge Vyskocil:

This firm represents Defendant 23 Lexington Tenant LLC ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Helen Swartz ("Plaintiff"), to respectfully request a thirty (30) day extension of time for Defendant to respond to the Complaint, from March 22, 2021 to April 21, 2021.

By way of background, Plaintiff commenced this action on or about December 10, 2020.  (ECF No. 1.)  An executed waiver of service of the Summons and Complaint pursuant to Fed. R. Civ. P. 4 was filed on January 20, 2021, which makes Defendant's responsive pleading deadline March 22, 2021.  (ECF No. 7.)

This is Defendant's first request for an extension of the responsive pleading deadline.  Defendant is requesting this extension of time to provide it with additional time to investigate the allegations of the Complaint and consider a  potential non-litigated resolution with counsel for Plaintiff.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.



Hon. Mary Kay Vyskocil
March 19, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

cc:     All counsel of record (via ECF)

The Court GRANTS Defendant's request to extend the deadline to answer or otherwise respond to the Complaint from March 22, 2021, to April 21, 2021. SO ORDERED.

Date: 3/19/2021
New York, New York

Mary Kay Vyskocil
United States District Judge